PROB 12C
(6/16)

Report Date: November 19, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2021

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ismael Martinez               Case Number: 0980 2:21CR00101-TOR-1

Address of Offender: ███████████████ Moses Lake, Washington 98837

Name of Sentencing Judicial Officer:  The Honorable Lawrence J. O'Neill, U.S. District Judge

Name of Supervisory Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 1, 2014

| | | |
|---|---|---|
| Original Offense: | Travel in Interstate Commerce with the Intent to Engage in Illicit Sexual Conduct, 18 U.S.C. § 2423(b) | |
| Original Sentence: | Prison - 97 months; TSR - 180 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: November 19, 2020 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: November 18, 2035 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #10:** The defendant shall not possess, own, view, read, or frequent places with material depicting and/or describing sexually explicit conduct, including computer images, pictures, photographs, books, writings, drawings, videos, or video games. "Sexually explicit conduct" as defined in 18 U.S.C § 2256(2) means actual or simulated (a) sexual intercourse, including genital-genital, or oral-anal, whether between the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person.<br><br>**Supporting Evidence**: Mr. Martinez is alleged to have violated his term of supervised release by viewing pornography on or about November 4, 2021.<br><br>On November 20, 2020, Mr. Martinez reviewed the judgment and sentence and signed the paperwork noting he understood the conditions of his term of supervised release, which included special condition number 10. |

**Prob12C**
**Re: Martinez, Ismael**
**November 19, 2021**
**Page 2**

On November 10, 2021, this officer was reviewing the images captured by Covenant Eyes, a computer monitoring program that Mr. Ismael has installed on his computer and cellphone device. Under the images captured on November 4, 2021, this officer saw images that were suspected to be sexual in nature. In response, this officer contacted Mr. Martinez, who admitted viewing pornography on his computer on November 4, 2021.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | s/Emely Cubias |
| --- | --- |
| | 11/19/2021 |
| | Emely Cubias<br>U.S. Probation Officer |

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[  ]   Other

Thomas O. Rice
United States District Judge

November 19, 2021

Date